OPINION — AG — IT IS THE MANDATORY DUTY OF THE BOARD OF COUNTY COMMISSIONERS OF YOUR COUNTY (GREER) TO INCLUDE IN SUCH PUBLICATION THE NAME OF THE CLAIMANT, THE NUMBER AND THE AMOUNT OF THE CLAIM ALLOWED OR REJECTED, THE NATURE OF THE CLAIM. HOWEVER, IF THE BOARD DESIRES TO INCLUDE SAID ITEMS OR AMOUNT IN SAID PUBLICATION, WE BELIEVE IT WOULD BE PERMISSIBLE FOR IT TO DO SO. (PUBLISH THE NAME OF THE GROCERY STORE SUBMITTING THE CLAIM) CITE: 19 O.S.H. 444 (LEWIS A. WALLACE)